IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20602
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TONY CHRISS PIPKIN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-4-1
--------------------
April 25, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Tony Chriss Pipkin appeals the sentence he received after he pleaded guilty to the charge of being a felon in possession of a firearm. Pipkin's argument that the district court erred when it increased his base offense level pursuant to U.S.S.G. § 2K2.1(1)(B) due to the number of firearms attributable to him lacks merit given the evidence set forth in the Presentence Report which linked Pipkin to the firearms. *United States v. Rome*, 207 F.3d 251, 254 (5th Cir. 2000).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Pipkin's argument that the district court erred when it increased his base offense level by two for his role in the offense pursuant to § 3B1.1(c) because there were no other criminal participants lacks merit. *See* § 3B1.1, comment. (n.1); *United States v. Peters*, 978 F.2d 166, 170 (5th Cir. 1992).

Pipkin's sentence is AFFIRMED.